| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) HUG, JR., PROCTER R | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 04/27/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address Bruce Thompson U.S. Courthouse 400 S. Virginia St., Suite 708 Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR 30 A 11: 11 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUG, JR., PROCTER R | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Storey County Properties | F | Rent | M | W | | | | | |
| 2. West Coast Development | E | Rent | M | W | | | | | (2) +Capital Gain |
| 3. Fernley Estates | A | Interest | | | liquidate | 6/6 | J | A | |
| 4. Brooktree Partners | D | Rent | K | U | | | | | |
| 5. Alternate Energy Investors | | None | | | liquidate | 12/30 | J | A | |
| 6. Flowers Escrow Real Estate Mortgage | D | Interest | N | T | | | | | |
| 7. UBS M/M Fund | B | Interest | K | T | | | | | |
| 8. Wachovia M/M Fund | A | Interest | J | T | | | | | |
| 9. Wells Fargo M/M Fund | D | Interest | K | T | | | | | |
| 10. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 11. United States Treasury Note | A | Interest | | | sell | 9/6 | J | A | |
| 12. Bank of America | A | Interest | J | T | | | | | |
| 13. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 14. Idaho Housing Bonds | A | Interest | | | redemption | 7/3 | K | A | |
| 15. N. Las Vegas Revenue Bonds | A | Interest | K | T | | | | | |
| 16. Nevada Housing Bonds | A | Interest | L | T | | | | | |
| 17. AT&T Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Advanced Medical Optics | A | Dividend | K | T | | | | | |
| 19.  Alcatel-Lucent | A | Dividend | J | T | exchange | 12/1 | J | | with Lucent Technologies |
| 20.  Allergan, Inc. | A | Dividend | K | T | | | | | |
| 21.  Alliant Energy Corporation | A | Dividend | | | sell | 8/9 | K | D | |
| 22.  Allianz | A | Dividend | K | T | | | | | |
| 23.  Allied Waste Industry | A | Dividend | K | T | | | | | |
| 24.  Alvarion | A | Dividend | J | T | buy | 9/11 | J | | |
| 25.  America Funds Investment | A | Dividend | K | T | buy | 1/25 | K | | |
| 26.  Archer Daniels Mid. | A | Dividend | K | T | | | | | |
| 27.  Barrick Gold | A | Dividend | J | T | merger | 1/25 | J | | with Placer Dome |
| 28.  Barrick Gold | A | Dividend | | | sell | 8/9 | J | A | |
| 29.  Berkshire Hathoway, Inc. | | None | M | T | | | | | |
| 30.  Bob Evans Farms | A | Dividend | K | T | | | | | |
| 31.  Bowater, Inc. | A | Dividend | K | T | | | | | |
| 32.  CNH Global NV | A | Dividend | J | T | | | | | |
| 33.  Canadian National R.R. | A | Dividend | K | T | | | | | |
| 34.  Canadian Pacific Railway | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citrix | A | Dividend | J | T | | | | | |
| 36. Continental Airlines | A | Dividend | J | T | buy | 9/11 | J | | |
| 37. Costco Companies | A | Dividend | K | T | | | | | |
| 38. Cryolife, Inc. | A | Dividend | | | sell | 8/9 | J | A | |
| 39. Digimark Corporation | A | Dividend | J | T | | | | | |
| 40. Discovery Holding | A | Dividend | | | sell | 12/15 | J | A | |
| 41. Delaware Income Fund | A | Dividend | | | sell | 5/12 | J | A | |
| 42. Dupont | A | Dividend | K | T | | | | | |
| 43. Elan | A | Dividend | J | T | | | | | |
| 44. Elkcorp | A | Dividend | J | T | | | | | |
| 45. El Paso | A | Dividend | J | T | | | | | |
| 46. Federal Agricultural Mortgage | A | Dividend | J | T | | | | | |
| 47. Ford Motor Notes | B | Interest | J | T | buy | 2/24 | J | | |
| 48. Franklin Utilities | A | Interest | K | T | | | | | |
| 49. Gannett Company | A | Dividend | | | sell | 1/18 | K | D | |
| 50. Genentech | A | Dividend | K | T | | | | | |
| 51. Granite Construction Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hanson PLC | A | Dividend | J | T | | | | | |
| 53. Heinz HJ Company | A | Dividend | J | T | | | | | |
| 54. Hitachi, Ltd. | A | Dividend | J | T | | | | | |
| 55. Home Depot | A | Dividend | J | T | | | | | |
| 56. Hospira | A | Dividend | | | sell | 5/12 | J | D | |
| 57. Ida Corporation | A | Dividend | K | T | | | | | |
| 58. Imperial Chemical | A | Dividend | K | T | | | | | |
| 59. International Game Technology ("IGT") | A | Dividend | K | T | | | | | |
| 60. International Paper | A | Dividend | K | T | | | | | |
| 61. Intel | A | Dividend | K | T | | | | | |
| 62. Janus Fund | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 63. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 64. Janus Venture | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 65. Linear Technology Corporation | A | Dividend | K | T | | | | | |
| 66. Lucent Technology | A | Dividend | J | T | exchange | 12/1 | J | | with Alcatel-Lucent |
| 67. Merck & Company | A | Dividend | L | T | | | | | |
| 68. Mercury General Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft | A | Dividend | J | T | | | | | |
| 70. Mirant Corp. | A | Dividend | K | T | buy | 1/8 | K | | |
| 71. Morgan Stanley Asia P. | A | Interest | K | T | | | | | |
| 72. NCR Corporation | A | Dividend | J | T | | | | | |
| 73. Newell Rubbermaid | A | Dividend | K | T | | | | | |
| 74. Newmont Mining Corporation | A | Dividend | J | T | | | | | |
| 75. Nuveen PFD | A | Dividend | K | T | buy | 3/10 | K | | |
| 76. Oppenheimer Rochester Nat'l. Muni Fund | E | Interest | O | T | buy | 2/23 | O | | |
| 77. Pall Corporation | A | Dividend | J | T | | | | | |
| 78. Peets Coffee | A | Dividend | J | T | | | | | |
| 79. Pfiser | A | Dividend | K | T | | | | | |
| 80. Placer Dome | A | Dividend | J | T | merger | 1/25 | J | | with Barrick Gold |
| 81. Raytheon Company | A | Dividend | K | T | | | | | |
| 82. Regis Corporation | A | Dividend | K | T | | | | | |
| 83. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 84. Serono SA | A | Dividend | K | T | | | | | |
| 85. Sierra Pacific Resources | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Smith & Nephew | A | Dividend | K | T | | | | | |
| 87. Strats-T, AT&T PFD | A | Dividend | K | T | buy | 2/23 | K | | |
| 88. Time Warner | A | Dividend | K | T | | | | | |
| 89. Trimble Navigation, Ltd. | A | Dividend | | | sell | 8/9 | K | E | |
| 90. UAL Corp. | A | Dividend | J | T | buy | 8/9 | J | | |
| 91. Unilever PLC | A | Dividend | K | T | | | | | |
| 92. Waste Management | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Stock | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R | 04/27/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date___ 4/27/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544